Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

JS - 6

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

----------------------------------------------------------------

DIRECTV, INC., a California corporation,

              Plaintiff,

    -against-

JORDAN TONTHAT a/k/a JORDAN TON and
HO-DIEP DINH a/k/a DIEP DINH, Individually,
and d/b/a CAFÉ THIEN THAI,

              Defendants.

----------------------------------------------------------------

**ORDER OF DISMISSAL**

Civil Action No. 2:11-CV-06518-VBK

      The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs Stipulation for Dismissal dated September 30, 2011 having been considered it is, therefore, **ORDERED** that the above matter pertaining to defendants, be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED** this_3rd___ day of _October_, 2011.

_____/s/_____
**HON. VICTOR B. KENTON**
**UNITED STATES MAGISTRATE  JUDGE**